```
                                FILED
                          February 18, 2011
                        CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>TRAVEL PINKSTON,<br><br>              Defendant. | CASE NUMBER: 2:11-mj-00056 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRAVEL PINKSTON ; Case 2:11-mj-00056 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $50,000, co-signed by Beverly Pinkston and to be replaced by secured property posted by Beverly Pinkston, within 2 weeks.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   2/18/11   at  3:30 p.m.

By  _____
Kendall J. Newman
United States Magistrate Judge